## IN THE MATTER OF JOHN HARVEY, A JUROR

### 1807

JOURNAL ENTRIES

1. Order for attachment . . . . . . . . *Journal, infra,* *p. 102
2. Discharge . . . . . . . . . . . . . . " 104

PAPERS IN FILE

[None]